UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-55202

**Case Name:** MMAS Research LLC et al. v. The Charite et al

**Hearing Location (*city*):** Pasadena

**Your Name:** Patricia Ray

List the sitting dates for the two sitting months you were asked to review:

Appellant has no conflicts for February and March 2024

Do you have an unresolvable conflict on any of the above dates? ○ Yes  ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** s/Patricia Ray/  **Date:** October 6, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32                                                                                         New 12/01/2018