```
                                                                           FILED
               UNITED STATES COURT OF APPEALS
                                                                          MAY 6 2024
                    FOR THE NINTH CIRCUIT
                                                                       MOLLY C. DWYER, CLERK
                                                                        U.S. COURT OF APPEALS
```

| | |
|---|---|
| MMAS RESEARCH, LLC, a Washington Limited Liability Company, | No.   23-55202 |
| | D.C. No. 2:21-cv-01406-MWF-JPR |
| Plaintiff-Appellant, | Central District of California, Los Angeles |
| v. | |
| THE CHARITE; et al., | ORDER |
| Defendants-Appellees. | |

Before: W. FLETCHER, NGUYEN, and LEE, Circuit Judges.

The Charité's motion for sanctions, Dkt. No. 48, is DENIED. The Charité's motion for an extension of time to file a motion for sanctions, Dkt. No. 47, is DENIED as moot.